FILED
OCT 29 2007
CLERK U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

'07 MJ 8886

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>Frank WINKELMAN,<br><br>　　　　　　Defendant. | ) Magistrate's Case No.:<br>)<br>) COMPLAINT FOR VIOLATION OF<br>)<br>) Title 21, U.S.C., § 841(a)(1)<br>) Possession with Intent to<br>) Distribute (Felony)<br>)<br>) |

The undersigned complainant being duly sworn states:

That on or about October 27, 2007, within the Southern District of California, defendant Frank WINKELMAN did knowingly and intentionally possess, with intent to distribute approximately 56.38 kilograms (124.3 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MICHAEL DOCKERY, SPECIAL AGENT
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29TH DAY OF OCTOBER, 2007.

_____
PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

PROBABLE CAUSE STATEMENT

I, Special Agent Michael Dockery, declare under penalty of perjury, the following is true and correct to the best of my knowledge:

On October 27, 2007, at approximately 4:00AM, United States Border Patrol Agent (USBPA) G. Armendariz was performing his official duties near the AA Canal on Sidewinder Road. At that time, USBPA Armendariz observed a Jeep, later identified as driven by Frank WINKELMAN, parked near the AA Canal on Sidewinder Road. USBPA Armendariz contacted WINKELMAN as WINKELMAN sat slouched in the drivers seat of the Jeep. WINKELMAN said he was waiting for a friend and then asked if there were any camping locations nearby.

A few minutes after USBPA Armendariz left the area, Ground Surveillance Radar operator K. Johnson observed three subjects with "bundles" run down the nearby hill toward WINKELMAN's Jeep. USBPA subsequently stopped the Jeep for the above suspicious behavior and discovered nine plastic wrapped brick like packets emitting the smell of marijuana, and a loaded Ruger 9mm semi-automatic handgun.

DEA Special Agents Michael Dockery and Jeffrey Butler were called and responded to the location. SA Butler, as witnessed by SA Dockery advised WINKELMAN of his Miranda warnings. WINKELMAN stated he understood and agreed to answer questions.

WINKELMAN stated he was offered some quick money from an unknown third party. WINKELMAN admitted the Ruger handgun found in the vehicle was his. WINKELMAN additionally stated, "I made a stupid choice."

Executed on this 27th day of October, 2007 at 1:31 am/pm

_____
Special Agent Michael Dockery

On the basis of the facts presented in this probable cause statement consisting of 2 pages, I find probable cause to believe that the defendant named in this probable cause statement committed the offense on 10/27/07 in violation of Title 21 United States Code, Section 841(a)(1).

_____
United States Magistrate Judge

Date/Time 10/27/07 3:00pm

TOTAL P.04