FILED
OCT 29 2007
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY EF  DEPUTY

AUSA

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Magistrate's Case No.: **07MJ8886** |
| Plaintiff, | ) COMPLAINT FOR VIOLATION OF |
| v. | ) Title 21, U.S.C., § 841(a)(1) |
| Frank WINKELMAN, | ) Possession with Intent to |
| | ) Distribute (Felony) |
| Defendant. | ) **AMENDED** |

The undersigned complainant being duly sworn states:

That on or about October 27, 2007, within the Southern District of California, defendant Frank WINKELMAN did knowingly and intentionally possess, with intent to distribute approximately 56.38 kilograms (124.3 pounds) of marijuana, Schedule I Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

And the complainant states that this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

MICHAEL DOCKERY, SPECIAL AGENT
Drug Enforcement Administration

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 29TH DAY OF OCTOBER, 2007.

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v
Frank WINKELMAN

## STATEMENT OF FACTS

I, Special Agent Michael Dockery, declare under penalty of perjury, the following is true and correct to the best of my knowledge:

On October 27, 2007, at approximately 4:00AM, United States Border Patrol Agent (USBPA) G. Armendariz was performing his official duties near the AA Canal on Sidewinder Road. At that time, USBPA Armendariz observed a Jeep, later identified as driven by Frank WINKELMAN, parked near the AA Canal on Sidewinder Road. USBPA Armendariz contacted WINKELMAN as WINKELMAN sat slouched in the drivers seat of the Jeep. WINKELMAN said he was waiting for a friend and then asked if there were any camping locations nearby. A few minutes after USBPA Armendariz left the area, Ground surveillance Radar operator K. Johnson observed three subjects with "bundles" run down the nearby hill toward WINKELMAN's Jeep. USBPA subsequently stopped the Jeep for the above suspicious behavior and discovered nine plastic wrapped brick like packets emitting the smell of marijuana, and a loaded Ruger 9mm semi-automatic handgun.

A total of nine bundles were discovered within the rear seat of the vehicle. DEA Special Agent Michael Dockery probed one of the bundles which field tested positive for marijuana. A total of 56.38 kilograms (124.33 pounds) of marijuana was found.

DEA Special Agents Dockery and Jeffrey Butler were called and responded to the location. SA Butler, as witnessed by SA Dockery advised WINKELMAN of his Miranda warnings. WINKELMAN stated he understood and agreed to answer questions.

WINKELMAN stated he was offered some quick money from an unknown third party. WINKELMAN admitted the Ruger handgun found in the vehicle was his.

1  WINKELMAN additionally stated, "I made a stupid choice."
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28