# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA | ) | CASE NUMBER  07mj8886 |
|---|---|---|
| vs | ) | ABSTRACT OF ORDER |
|  | ) | Booking No. 01696298 |
| Frank Winkelman | ) |  |

TO THE UNITED STATES MARSHAL AND / OR WARDEN, METROPOLITAN CORRECTIONAL CENTER:

Be advised that under date of __11-20-07__ the Court entered the following order:

- ✓ Defendant be released from custody.
- ___ Defendant placed on supervised / unsupervised probation / supervised release.
- ___ Defendant continued on supervised / unsupervised probation / supervised release and released from custody.
- ✓ Defendant released on $ __20,000 p/s__ bond posted.
- ___ Defendant appeared in Court. FINGERPRINT & RELEASE.
- ___ Defendant remanded and ( ___ bond) ( ___ bond on appeal) exonerated.
- ___ Defendant sentenced to TIME SERVED, supervised release for ___ years.
- ___ c.c. judgment Court of Appeals ( ___ affirming) ( ___ reversing) decision of this Court: ___ dismissing appeal filed.
- ___ Bench Warrant Recalled.
- ___ Defendant forfeited collateral.
- ___ Case Dismissed.
- ___ Defendant to be released to Pretrial Services for electronic monitoring.
- ___ Other. ___

PETER C. LEWIS
UNITED STATES MAGISTRATE JUDGE

OR

W. SAMUEL HAMRICK, JR.   Clerk
by _____
Deputy Clerk

Received _____
DUSM

Crim-9    (Rev 6-95)    ☆ U.S. GPO: 1996-783-398/40151

CLERKS' COPY